IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DAVIS MCARTHUR, by and through) DANA MCARTHUR, his Court) Appointed Guardian, | * |
| | * |
| Plaintiff, | Case No. 7:23-cv-105 (MTT) |
| v. | * |
| CHAD CASTLEBERRY, et al., | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated June 4, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 4th day of June, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk